No. 322. HART ET AL. *v.* UNITED STATES. November 12, 1940. Petition for rehearing denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY took no part in the consideration and decision of this application.

No. 94. KELLEY ET AL. *v.* CITY OF SYRACUSE ET AL. November 12, 1940.

No. 123. MOON *v.* HOME LIFE INSURANCE COMPANY OF NEW YORK; and

No. 124. MOON *v.* MUTUAL BENEFIT HEALTH & ACCIDENT ASSN. November 12, 1940.

No. 156. HOLMES, STATE AUDITOR, *v.* SPRINGFIELD FIRE & MARINE INSURANCE CO. November 12, 1940.

No. 172. NAKDIMEN ET AL. *v.* BAKER. November 12, 1940.

No. 181. FLEISHHACKER *v.* BLUM ET AL. November 12, 1940.

No. 222. KIRKPATRICK *v.* STELLING. November 12, 1940.

No. 226. NOLAND *v.* NOLAND ET AL. November 12, 1940.

No. 234. COLE *v.* UNITED STATES. November 12, 1940.

No. 299. SOUTHWESTERN BELL TELEPHONE CO. *v.* LEE. November 12, 1940.